UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KEMAL SAGLAM,                                                      :
:
                        Plaintiff,                          :
:     24-CV-7999 (JMF)
      -v-                                                        :
:     <u>ORDER</u>
:
THE UNITED STATES CITIZENSHIP AND                                  :
IMMIGRATION SERVICES et al.,                                       :
:
                        Defendants.                         :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendants were required to file their answer by November 15, 2024, *see* ECF No. 9, but have not done so to date. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 6, 2024**. The Court will invite Plaintiff to move for default judgment if Defendants fail to answer the Complaint by that deadline.

      SO ORDERED.

Dated: November 25, 2024
       New York, New York

                                                         JESSE M. FURMAN
                                          United States District Judge